UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPD SWISS PRECISION DIAGNOSTICS GMBH

                Plaintiff,

       - against -

TRUE DIAGNOSTICS, INC.,

                Defendant.

25-cv-9385 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the deadline for the defendant to answer or respond to the plaintiff's complaint was December 5, 2025. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **December 19, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **December 15, 2025.**

SO ORDERED.

Dated:    New York, New York
         December 8, 2025

                          John G. Koeltl
                 United States District Judge