UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPD SWISS PRECISION DIAGNOSTICS GMBH          25-cv-9385 (JGK)

                  Plaintiff,          <u>ORDER</u>

      - against -

TRUE DIAGNOSTICS, INC.,

                  Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the defendant to respond to the complaint is extended to **January 5, 2026.** If the defendant fails to respond to the complaint by that date, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **January 19, 2026.**

    The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **December 29, 2025.**

SO ORDERED.

Dated:    New York, New York
           December 22, 2025

                              John G. Koeltl
                        United States District Judge