UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

SPD SWISS PRECISION DIAGNOSTICS                25-cv-9385 (JGK)
GMBH,

                          Plaintiff,           ORDER

          - against -

TRUE DIAGNOSTICS, INC.,

                          Defendant.

————————————————————————————

JOHN G. KOELTL, District Judge:

     On January 14, 2026, the Clerk of Court issued a certificate

of default as to the defendant, True Diagnostics, Inc. ECF No. 19.

On January 22, 2026, the Court entered an order to show cause why

a default judgment should not be entered against the defendant.

ECF No. 24. The plaintiff served the order to show cause on the

defendant on January 28, 2026. ECF No. 25. The time for the

defendant to respond was February 13, 2026, ECF No. 24, but to

date, the defendant has failed to respond.

Accordingly, the plaintiff is entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:     New York, New York
           February 18, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge

2