UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPD SWISS PRECISION DIAGNOSTICS GmbH,

                          Plaintiff(s)

                -against-

TRUE DIAGNOSTICS, INC.,

                        Defendant(s).
------------------------------------------------------------------X

25 civ 9385 (JGK)

## ORDER

The conference scheduled for Wednesday, March 11, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 5, 2026